AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Demetrius Bernard SMITH<br>(M/B, DOB: 4/12/90) | )<br>)<br>) Case No. 2:19-mj-313<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:
Demetrius B. SMITH (M/B, DOB: 4/12/1990) located in the Southern District of Ohio

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___May 2, 2019___
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Elizabeth A. Preston Deavers___.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___April 18, 2019 @ 1:26 pm___   ___[signature]___
Judge's signature

City and state: ___Columbus, Ohio___   ___Elizabeth A. Preston Deavers, U.S. Magistrate Judge___
Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 05/02/2019 | Copy of warrant and inventory left with: Demetrius Smith |
| Inventory made in the presence of: Jamie Adrouet #2353 | | |
| Inventory of the property taken and name of any person(s) seized: | | |

2 buccal swabs containing Demetrius Smith's DNA. Taken orally.

JP SA5484

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/1/19

Executing officer's signature

Teresa Petit, Special Agent #5484
Printed name and title

## ATTACHMENT A
Items to be Seized

Based upon the above information, your affiant has probable cause to believe that now contained in the body of Demetrius B. SMITH (M/B, DOB: 4/12/90), are items as described below in attachment A, which constitute evidence of crimes of Title 18 United States Code, Section 922(g)(1), that is possession of a firearm by a prohibited individual.

   A. Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.